No. 4854.—Sucrs. de Gilet & Arce, S. en C., aplda. v. Rivera, aplte.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Enero 22, 1929. No habiendo practicado el apelante en este caso gestión alguna desde el 14 de noviembre de 1928, en que interpuso su apelación contra la sentencia dictada en su rebeldía para que los autos para su apelación sean remitidos a este tribunal, debemos desestimar y desestimamos la apelación.

No. 4844.—The Atlantic & Caribbean Steam Navigation Co., aplte., v. Gallardo, Tesorero, apldo.—C. D. San Juan. ▮▮▮▮▮▮ Enero 22, 1929. Vista la moción de desestimación, y el documento que la acompaña; y apareciendo que la apelación se radicó en 24 de mayo de 1926; que la apelante solicitó y obtuvo una prórroga de 60 días para preparar la exposición del caso, otra hasta el 30 de agosto de 1926, para lo mismo, otra hasta el 30 de septiembre de 1926, para igual fin, y después de esa última prórroga ya citada, no ha pedido ni obtenido otra alguna; y no ha presentado la exposición del caso o la transcripción de la evidencia, ni aparece que haya hecho gestión de cualquier clase; se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en el caso arriba titulado.